UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALLEN M. FRANK                                        CIVIL ACTION

VERSUS

AIMUAMWOSA IGBINOSUN                         NO. 19-00766-BAJ-RLB

### RULING AND ORDER

Before the Court is Defendant Aimuamwosa Igbinosun's **Motion for Summary Judgment (Doc. 12).** The Motion is opposed. (Doc. 15). The Magistrate Judge has issued a **Report and Recommendation (Doc. 19),** recommending that the Court deny Defendant's Motion for Summary Judgment and refer the matter back to the Magistrate Judge for further proceedings. (*Id.* at p. 8). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint, the Motion at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Defendant Aimuamwosa Igbinosun's **Motion for Summary Judgment (Doc. 12)** is **DENIED.**

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 9th day of December, 2021

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA